# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-25-111-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| TYSON RONDO GRUBER | |
| Defendant. | |

Defendant Gruber's Unopposed Motion for Video Appearance at Hearing (Doc. 30) is now before the Court. Plaintiff has no objection.

Gruber has requested that he be allowed to appear via video at the motion hearing set on January 15, 2026 at 1:30 pm, so that he does not need to leave inpatient treatment for the hearing.

**GOOD CAUSE APPEARING WHEREFORE**, it is hereby ORDERED that Gruber is allowed to appear via video for the hearing on January 15, 2026 at 1:30 pm. The Clerk of Court will provide the Zoom link to Defense counsel.

//

//

1

Dated this 8th day of January 2026.

_____
Brian Morris, Chief District Judge
United States District Courts